DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SAUL PRECIADO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-1527

[December 12, 2018]

Appeal of order denying rule 3.850 from the Circuit Court for the Nineteenth Judicial Circuit, Indian River County; Cynthia L. Cox, Judge; L.T. Case No. 312007CF000522A.

Thomas A. Kennedy of Thomas A. Kennedy, P.A., Vero Beach, for appellant.

No appearance required for appellee.

PER CURIAM.

*Affirmed. See Hernandez v. State*, 124 So. 3d 757 (Fla. 2012).

WARNER, TAYLOR and CONNER, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***